FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D23-2231
LT Case No. 1201519225
2006-DR-1218

_____

MARK HENRY,

    Appellant,

    v.

DEPARTMENT of REVENUE o/b/o
DEBRA YOUNG-HENRY,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Thomas W. Sculco and Shannon McLin, of Florida Appeals,
Orlando, for Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior
Assistant Attorney General, Tallahassee, for Appellee.

March 1, 2024

ON CONCESSION OF ERROR

PER CURIAM.

    Appellant appeals the trial court's Supplemental Final
Judgment on Report and Recommendations of the Hearing Officer.

Appellee has filed a concession of error as to Appellant's due process argument. We accept the concession of error, reverse the order, and remand for further proceedings. Based on the need for further proceedings, Appellant's second issue on appeal is rendered moot.

REVERSED and REMANDED.

WALLIS, EISNAUGLE, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____